**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re   **JenKlein, LLC**                                                                  Case No.
                                    Debtor(s)                                              Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Julia Klein and Eric Jenkins**, declare under penalty of perjury that we are the **Members** of **JenKlein, LLC**, and that the following is a true and correct copy of the resolutions adopted by the members of said company at a special meeting duly called and held on the 19th day of July, 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Julia Klein, Member** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **Julia Klein, Member** of this Cormpany is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **Julia Klein, Member** of this Company is authorized and directed to employ **Michael J. Lentz**, attorney and the law firm of **Tydings & Rosenberg LLP** to represent the company in such bankruptcy case."

Date  **August 30, 2023**                                    Signed  **/s/ Julia Klein**
                                                                     **Julia Klein**

Date  **August 30, 2023**                                    Signed  **/s/ Eric Jenkins**
                                                                     **Eric Jenkins**

Resolution of Members
of
**JenKlein, LLC**

Whereas, it is in the best interest of this company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Julia Klein, Member** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **Julia Klein, Member** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **Julia Klein, Member** of this Company is authorized and directed to employ **Michael J. Lentz**, attorney and the law firm of **Tydings & Rosenberg LLP** to represent the company in such bankruptcy case.

Date **August 30, 2023**          Signed **/s/ Julia Klein**
                                         **Julia Klein**

Date **August 30, 2023**          Signed **/s/ Eric Jenkins**
                                         **Eric Jenkins**