| Fill in this information to identify the case: | |
|---|---|
| Debtor name | JenKlein, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DuPont Specialty Products USA, LLC 974 Centre Road Wilmington, DE 19805 | | 2047 Kutztown Road, Reading, PA 19605 17,163 square foot building (liquidation value per appraisal, discounted) | Disputed | $3,491,517.82 | $300,000.00 | $3,235,181.36 |
| FM&C Limited Partnership 2047 Kutztown Rd Reading, PA 19605 | | 2023 expenses | | | | $33,582.52 |
| Internal Revenue Service Centralized Insolvency Operation Post Office Box 7346 Philadelphia, PA 19101-7346 | | | | | | Unknown |
| Julia Klein 629 Memorial Highway Fleetwood, PA 19522 | | 2023 expenses paid | | | | $3,458.77 |
| Pennsylvania Department of Revenue Bankruptcy Division PO ox 280946 Harrisburg, PA 17128-0946 | | | | | | Unknown |
| Rudy & Associates 333 E. Main Street, #402 Louisville, KY 40202 | | accountant services | | | | $10,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor   **JenKlein, LLC**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Singer Equipment Company**<br>**150 S. Twin Valley Road**<br>**Elverson, PA 19520** | | janitorial supplies | | | | $808.10 |